REDPATH CHAUTAUQUAS, INC., *Plaintiff in Error*, v. C. L. CARRELL, *Defendant in Error*.

Special Division A.

Decision filed July 10, 1930.

Petition for rehearing denied July 30, 1930.

*Robert H. Duncan*, for Plaintiff in Error;

*Gordon C. Huie*, for Defendant in Error.

PER CURIAM.—This case should be dismissed because there does not appear in the transcript of the record a copy of a final judgment, and it is so ordered.

Dismissed.

TERRELL, C. J., AND WHITFIELD AND BUFORD, J. J., concur.